```
    IN THE UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF ARKANSAS
            FAYETTEVILLE DIVISION
```

**FLOYD WHITE**                                                           **PLAINTIFF**

       v.       Civil No. 09-05059

**MICHAEL J. ASTRUE, Commissioner**
**Social Security Administration**                                        **DEFENDANT**

### O R D E R

NOW on this 29th day of December 2009, comes on for consideration the **Report and Recommendation** issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas (document #9), to which no objections have been filed.

The Court, having reviewed said Report and Recommendation, finds that it is sound in all respects and should be adopted *in toto*.

Accordingly, the Court hereby adopts the Report and Recommendation and dismisses Plaintiff's complaint without prejudice.

**IT IS SO ORDERED.**

                                            **/s/ Jimm Larry Hendren**
                                            **JIMM LARRY HENDREN**
                                            **UNITED STATES DISTRICT JUDGE**